IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00719-RPM

NANCY TENNANT,

    Plaintiff,

v.

NEW HAMPSHIRE INSURANCE COMPANY,
MAXIM HEALTHCARE SERVICES, INC., and
ALLEGIS GROUP, INC.,

    Defendants.

---

ORDER DENYING PLAINTIFF'S FIRST MOTION TO COMPEL REQUESTS FOR ADMISSIONS AND FIRST MOTION TO COMPEL DISCLOSURES WITHHELD ON THE BASIS OF PRIVILEGE

---

    Before removal of this civil action, the plaintiff filed in the District Court, Denver County, Colorado, pleadings designated Plaintiff's First Motion to Compel Requests for Admissions and Plaintiff's First Motion to Compel Disclosures Withheld on the Basis of Privilege.  Defendant New Hampshire Insurance Company has responded to both motions.  The requests for admissions that are the subject of the plaintiff's motion to compel are inappropriate requests for admission of legal conclusions.  The matter of the proper invocation of privilege is an issue to be discussed at the scheduling conference to be convened on May 27, 2008, as are all other discovery procedures to be followed in this case.  It is

    ORDERED that the plaintiff's motions are denied and it is

FURTHER ORDERED that no additional formal discovery shall be taken in this matter before the Court's scheduling conference on May 27, 2008.

Dated: April 22nd, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge