**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00719 RPM-BNB

NANCY TENNANT,

        Plaintiff,

v.

NEW HAMPSHIRE INSURANCE COMPANY,
MAXIM HEALTHCARE SERVICES, INC., and
ALLEGIS GROUP, INC.,

        Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THE COURT, having considered the Stipulated Motion for Dismissal With Prejudice filed by the parties, and being fully advised, hereby ORDERS that all of Plaintiff's claims in this action are dismissed with prejudice, each party to bear her or its own costs and attorneys' fees.

DATED this 21st day of July, 2008.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge